**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-2122-WJM-BNB

ALEJANDRO MENOCAL-LEPE,

    Plaintiff,

JOHN LONGSHORE, Field Director, Immigration and Customs Enforcement,
JEH JOHNSON, Secretary of the Department of Homeland Security,
JOHN MORTON, Director for Immigration and Customs Enforcement, and
ERIC HOLDER, Attorney General, United States of America,

    Defendants.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a); all previous Orders entered in this case, and the Order Making Absolute Order to Show Cause And Denying Petition as Moot, entered by the Honorable William J. Martínez, United States District Judge on October 1, 2014,

    IT IS ORDERED that the Order to Show Cause (ECF No. 16) is MADE ABSOLUTE.

    IT IS FURTHER ORDERED that the Petition for Writ of *Habeas Corpus* and Declaratory and Injunctive Relief (ECF No. 1) is DENIED AS MOOT.

    IT IS FURTHER ORDERED that this matter is DISMISSED WITHOUT PREJUDICE.  The parties shall bear their own costs.

    Dated at Denver, Colorado this   1st   day of October 2014.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/Deborah A. Hansen
Deborah A. Hansen, Deputy Clerk